UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ADRIENNE FRASER on behalf of herself and all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>FROMM FAMILY FOODS, LLC and DOES-25, inclusive,<br><br>Defendants. | Case No. 3:16-CV-00043-WHO<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING (1) PLAINTIFF'S FIRST AMENDED COMPLAINT; (2) DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT; AND (3) BRIEFING/HEARING SCHEDULE AND CASE MANAGEMENT CONFERENCE** |

## ORDER

Having considered the Parties' Joint Stipulation Regarding (1) Plaintiff's First Amended Complaint; (2) Defendant's Responses to Plaintiff's First Amended Complaint; and (3) Briefing/Hearing Schedule and Case Management Conference, the Court hereby GRANTS the Joint Stipulation **as modified below** and orders the following briefing/hearing schedule:

1. Plaintiff shall file her First Amended Complaint by April 8, 2016;

2. Defendant shall file its response/motions in response to Plaintiff's First Amended Complaint by May 13, 2016;

3. Plaintiff shall file her opposition to Defendant's response/motions by June 13, 2016;

4. Defendant shall file its reply by July **6**, 2016;

ORDER GRANTING JOINT STIPULATION RE: (1) PLAINTIFF'S FIRST AMENDED COMPLAINT; (2) DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT; AND (3) BRIEFNG/HEARING SCHEDULE AND CASE MANAGEMENT CONFERENCE
CASE NO: 3:16-CV-00043-WHO

339360 V1

5. The hearing on Defendant's motion shall be on July **20**, 2016 at 2:00 p.m.; and

6. The Case Management Conference currently scheduled for April 5, 2016, is continued to July **20**, 2016 at 2:00 p.m. **The initial Joint Case Management Conference Statement, including a proposed case schedule, shall be filed on or before July 13, 2016.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 22, 2016

_____
The Honorable William H. Orrick
United States District Court Judge