UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE FRASER,<br><br>        Plaintiff,<br><br>   v.<br><br>FROMM FAMILY FOODS, LLC,<br><br>        Defendant. | Case No. 16-cv-00043-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 31 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: July 14, 2016

_____
WILLIAM H. ORRICK
United States District Judge